**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| Erick Ramon REYES RAMOS,<br><br>*Petitioner*,<br><br>v.<br><br>Luis SOTO, Warden, Delaney Hall Detention Facility; RANDI BORGEN, in her official capacity as Field Office Director for the Newark Field Office for Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States of America,<br>*Respondents*. | Case No.:2:26-cv-13796-JKS<br><br>**ORDER AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Erick Ramon Reyes Ramos hereby gives notice that this action is voluntarily dismissed. Respondents have not served an answer or motion for summary judgment in this action. Accordingly, Petitioner notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: November 5, 2026

VIRGINIA & AMBINDER LLP

By: */s/ Maura Moosnick*
Maura Moosnick, Esq.
Bar No. 387932022
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
mmoosnick@vandallp.com

*Attorneys for Petitioner* (*Pro Bono*)

**The Clerk of the Court is directed to CLOSE this case. So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: November 9, 2026**