November 11, 2026

**ORDER**

**<u>Via Electronic Filing</u>**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court, D.N.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Reyes Ramos v. Soto*, No. 26-cv-13796 (JKS)**
**Request to Vacate Transfer Order**

Dear Judge Semper:

Petitioner Erick Ramon Reyes Ramos, through undersigned counsel, requests that the Court vacate its November 10, 2026 text order (ECF No. 11) ordering the transfer of this case to the District of New Mexico.

On November 5, 2026, Petitioner voluntarily dismissed this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 9. Because the notice was filed "before the opposing party serve[d] either an answer or a motion for summary judgment," the dismissal took automatic effect "without a court order." *See In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 165 (3d Cir. 2008) (effect of notice of voluntary dismissal is "automatic: the defendant does not file a response, and no order of the district court is needed to end the action").

In any event, on November 9, 2026, the Court confirmed the termination of the matter by so-ordering the dismissal. ECF No. 10. Accordingly, on November 10, when the transfer was ordered, the matter had already been dismissed and, respectfully, the Court was without jurisdiction to order transfer.

Petitioner voluntarily dismissed this matter because, rather than burdening the Clerk of Court with effectuating a transfer, doing so was the most expeditious and least burdensome manner to file this case in the District of New Mexico. Indeed, Petitioner has already re-filed his Petition in the District of New Mexico. *See Reyes Ramos v. Warden, Otero Processing Ctr.*, No. 2:26-cv-03719-KG (D.N.M.).

Should the Clerk of Court transfer this case, it may lead to the filing of a duplicative matter and administrative confusion in the District of New Mexico. To avoid this outcome, Petitioner respectfully requests that the Court vacate the transfer order issued on November 10. The matter shall thereafter remain closed and the Court need take no further action.

Petitioner thanks the Court for its attention to this matter.

**So Ordered:**

***<u>/s/ Jamel K. Semper</u>***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: November 12, 2026**

Respectfully submitted,

Maura Moosnick, Esq. *(she/her)*
Partner
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
mmoosnick@vandallp.com
Office: 212 943 9080
Direct: 917 677 2759